UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    §
                                          §
SHIRAZI, PARVEZ H.                        §   Case No. 08-17167
                                          §
         Debtor(s)                        §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK, U.S. BANKRUPTCY COURT
7th Floor, Federal Building
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/16/2012 in Courtroom 4016,
DuPage County Courthouse
505 North County Farm Road
Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

UST Form 101-7-NFR (5/1/2011) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
SHIRAZI, PARVEZ H. § Case No. 08-17167
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 87,586.00 |
| and approved disbursements of | $ | 52,122.59 |
| leaving a balance on hand of[1] | $ | 35,463.41 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | First Bank | $ 10,533.69 | $ 10,543.69 | $ 0.00 | $ 10,543.69 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 10,543.69 |
| Remaining Balance | $ 24,919.72 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 7,629.30 | $ 0.00 | $ 7,629.30 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 4,585.50 | $ 0.00 | $ 4,585.50 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 97.85 | $ 0.00 | $ 97.85 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 12,312.65 |
| Remaining Balance | $ 12,607.07 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,996,032.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | LEAF Financial Corporation, as assignee of Toshiba | $ 68,551.19 | $ 0.00 | $ 19.64 |
| 4 | People of the State of Illinois | $ 40,000,000.00 | $ 0.00 | $ 11,462.01 |
| 5 | Tygris Asset Finance, Inc. as successor in interes | $ 856,185.00 | $ 0.00 | $ 245.34 |
| 6 | TBF Financial LLC | $ 7,497.44 | $ 0.00 | $ 2.15 |
| 7 | CIT Group/Equipment Financing Inc | $ 97,903.47 | $ 0.00 | $ 28.05 |
| 9 | CHASE BANK USA, NA | $ 18,917.91 | $ 0.00 | $ 5.42 |
| 10 | CHASE BANK USA, NA | $ 32,066.04 | $ 0.00 | $ 9.19 |
| 11 | Andrew L Unterlack | $ 14,880.80 | $ 0.00 | $ 4.26 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Citizens Community Bank of Illinois | $ 388,929.53 | $ 0.00 | $ 111.45 |
| 13 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 20,497.45 | $ 0.00 | $ 5.87 |
| 14 | Golf Medical Partners | $ 927,902.73 | $ 0.00 | $ 265.89 |
| 15 | Bruce R. Greenspahn | $ 463,951.37 | $ 0.00 | $ 132.95 |
| 16 | Stonegate Properties, Inc. | $ 112,146.40 | $ 0.00 | $ 32.14 |
| 1A | First Bank | $ 986,603.56 | $ 0.00 | $ 282.71 |

Total to be paid to timely general unsecured creditors   $   12,607.07

Remaining Balance   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 14,880.80 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | CoActiv Capital Parners, Inc., Assignee | $ 14,880.80 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors   $   0.00

Remaining Balance   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
David R. Brown, Trustee

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 08-17167-DRC
Parvez H. Shirazi                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales           Page 1 of 3           Date Rcvd: Oct 12, 2012
                              Form ID: pdf006           Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2012.
```
db         +Parvez H. Shirazi,   1504 Midwest Club,   Oak Brook, IL 60523-2521
aty        +Springer, Brown, Covey, Gaertner, & Davis LLC,   400 S Country Farm Road Ste 330,
             Wheaton, IL 60187-4547
12382473   +AmeriMark Bank,   5456 South LaGrange Road,   La Grange, IL 60525-2851
12943567   +Andrew L Unterlack,   c/o Scott H Marcus & Associates,   121 Johnson Road,
             Turnerville, NJ 08012-1758
12382475   +Bank of America,   Bankruptcy NC4-105-02-99,   PO BOX 26012,   Greensboro, NC 27420-6012
12382474   +Bank of America,   Attn: Bankruptcy NC4-105-02-99,   Po Box 26012,   Greensboro, NC 27420-6012
12382477   +Beverly Bank and Trust,   17500 South Oak Park Avenue,   Tinely Park, IL 60477-3989
12733590   +Bruce R Greenspan MD,   c/o Andrew J Abrams,   Sugar & Felsenthal LLP,   30 N LaSalle Street,
             Suite 3000,   Chicago, IL 60602-3327
13470014   +Bruce R. Greenspahn,   Andrew J Abrams Sugar & Felsenthal LLP,   30 N Lasalle Street Ste 3000,
             Chicago, IL 60602-3327
13469986   +Bruce R. Greespahn,   C/O Andrew J. Abrams,   Sugar & Felsenthal LLP,
             30 N. La Salle Street, Suite 3000,   Chicago, IL 60602-3327,   (312) 704-9400
14349702    CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE 19850-5145
12382485   +CIT Group/Equipment Financing Inc,   Pia N Thompson Reed Smith LLP,   10 South Wacker Drive,
             Chicago, IL 60606-7453
12382479    Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
12382481   +Chase,   800 Brooksedge,   Westerville, OH 43081-2822
12382483   +Chase: Bankruptcy Department,   POBox 100018,   Kennesaw, GA 30156-9204
12382511   +Christina M Berish,   Thompson Coburn dba Thompson Coburn Fage,   55 E Monroe 40th Floor,
             Chicago, IL 60603-5713
12382486   +Citi,   Attention: Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
12382487    Citi Business,   P.O. Box 44180,   Jacksonville, FL 32231-4180
12382488    Citi Cards,   P.O. Box 6000,   The Lakes, NV 89163-6000
12382490   +Citibank,   PO Box 6241,   Sioux Falls, SD 57117-6241
12382496    Citicorp Vendor Finance, Inc.,   PO 7247-0322,   Philadelphia, PA 19170-0322
12573565   +Citicorp Vendor Finance, Inc.,   Thomas V Askounis Esq,   c/o Askounis & Darcy PC,
             333 N Michigan Avenue Suite 510,   Chicago, IL 60601-3934
12382497   +Citicorp Vendor Finance, Inc.,   4000 Regent,   Mail Stop C3B 350,   Irving, TX 75063-2246
12382498   +Citizens Community Bank,   3322 S. Oak Park Ave,   Berwyn, IL 60402-0716
13459972    Citizens Community Bank of Illinois,   c/o James A Haiser Esq,   Martin & Karcazes Ltd Suite 550,
             Chicago, IL 60601
16167483   +CoActiv Capital Partners,   as Assignee of Partners Equity Capital C,   Andrew L. Unterlack,
             121 Johnson Road,   Turnersville, New Jersey 08012-1758
12382499   +Dcfs Usa Llc,   Customer Service,   Po Box 8065,   Royal Oak, MI 48068-8065
12382501   +De Lage Financial Services,   c/o Askounis & Darcy PC,   333 North Michigan Avenue #510,
             Chicago, IL 60601-3934
12382502   +Donald L. Newman & Assoc.,   11 South LaSalle St #1500,   Chicago, IL 60603-1224
12382503   +Donald L. Newman & Associates,   11 South LaSalle Street,   Suite 1500,   Chicago, IL 60603-1224
12382504   +First Bank,   c/o Fred harbecke, Esq. Ste 945,   29 South laSalle St,   Chicago, IL 60603-1507
12431463   +First Bank,   c/o Fred R Harbecke,   29 S Lasalle Suite 945,   Chicago, IL 60603-1526
12382505   +Francis J. Pendergast III,   Crowley & Lamb,   350 N. LaSalle St   Ste 900,
             Chicago, IL 60654-5136
12382506   +Golf Diagnostic Imaging LP,   9680Golf Road,   Des Plaines, IL 60016-1522
12733589   +Golf Medical Partners,   c/o Andrew J Abrams,   Sugar & Felsenthal LLP,   30 N LaSalle Street,
             Suite 3000,   Chicago, IL 60602-3327
12382513   +Gregory K. Stern, Esq.,   53 West Jackson Blvd.,   Suite 1442,   Chicago, IL 60604-3536
12621508   +James Haiser,   c/o Martin & Karcazes Ltd,   161 N Clark St #550,   Chicago, IL 60601-3376
12573569   +LEAF Financial Corporation, as assignee of Toshiba,   Thomas V Askounis Esq,
             c/o Askounis & Darcy PC,   401 North Michigan Avenue Suite 550,   Chicago, IL 60611-5523
12382515    Manuelo Polini,   San Jose Costa Rica
12621507    Manuelo Polini,   Edicio Library,   Calle 21-23 Avenida &,   San Jose, Costa Rica
12382516   +MarCap Corporation,   20 North Wacker Drive,   Suiet 2150,   Chicago, IL 60606-2806
12382522   +Mercedes Benz Financial,   36455 Corporate Dr.,   Farmington HIlls, MI 48331-3552
12382518   +Mercedes Benz Financial,   36455 Corporate Drive,   Farmington, MI 48331-3552
12382517   +Mercedes Benz Financial,   Customer Service,   PO Box 8065,   Royal Oak, MI 48068-8065
12679650   +People of the State of Illinois,   Office of the Illinois Attorney General,
             Janet Doyle, Assistant Attorney General,   100 W. Randolph, 11th Floor,   Chicago, IL 60601-3220
12382526   +Pia Thompson,   Reed Smith LLP,   10 S. Wacker Dr., #,   Chicago, IL 60606-7506
12382527   +Prairie Glenn Imaging,   9680 Golf Road,   Des Plaines, IL 60016-1522
12621506   +Premier Diagnostic Imaging,   c/o John Saldanha RA,   8700 S Dante Ave,   Chicago, IL 60619-7118
12382528   +Robert Orman, Esq,   1 North LaSalle St.,   Wte 1775,   Chicago, IL 60602-3902
12382529   +Robert Rozner,   924 S. Whispering Hills Dr,   Naperville, IL 60540-0370
12382530   +Stonegate Development Corp.,   400  Northwest Corporate Centre,   2500 West Higgins Road,
             Hoffman Estates, IL 60169-7220
13476422   +Stonegate Properties, Inc.,   c/o Donald Newman,   11 S Lasalle St Suite 1500,
             Chicago, IL 60603-1224
12382533    US Bank, Collection Agent,   PO Box 1334,   Roanoke, TX 76262-1334
12382532    US Bank, Collection Agent,   PO Box 997539,   Sacramento, CA 95899-7539
12382534    USB Manifest,   1450 Child Parkway,   Marshall, MN 56258
12382536   +Wachovia Mortgage FSB,   Mc-t,   4101 Wiseman Blvd,   San Antonio, TX 78251-4200
```

```
District/off: 0752-1          User: ccabrales          Page 2 of 3           Date Rcvd: Oct 12, 2012
                              Form ID: pdf006          Total Noticed: 61


12382535     +Wachovia Mortgage FSB,   World Savings & Loan -- Bankruptcy,   4101 Wiseman Blvd,
               San Antonio, TX 78251-4200
12382478     +c/o James Haiser,   Martin & Karcazes Ltd,   161 N. Clark St., #550,   Chicago, IL 60601-3376

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12889264     +E-mail/Text: bncmail@w-legal.com Oct 13 2012 00:33:04     CHASE BANK USA,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13464124      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 13 2012 00:40:12
               FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
12876429     +E-mail/Text: jpalmer@tbfgroup.com Oct 13 2012 00:31:21     TBF Financial LLC,
               520 Lake Cook Road Ste 510,   Deerfield, IL 60015-4900
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12382493      Citibank -- Bankruptcy Dept.,    PO Box 20507,   MO 64915
12382494      Citibank -- Bankruptcy Dept.,    PO Box 20507,   MO 64915
12382495      Citibank -- Bankruptcy Dept.,    PO Box 20507,   MO 64915
12382525      Naperville Imaging Institute LLC
12876629*    +CIT Group/Equipment Financing, Inc.,   Pia N Thompson Reed Smith LLP,   10 South Wacker Drive,
               Chicago, IL 60606-7453
12382482*    +Chase,   800 Brooksedge,   Westerville, OH 43081-2822
12382480*     Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
12382484*    +Chase: Bankruptcy Department,   POBox 100018,   Kennesaw, GA 30156-9204
12382489*     Citi Cards,   P.O. Box 6000,   The Lakes, NV 89163-6000
12382491*    +Citibank,   PO Box 6241,   Sioux Falls, SD 57117-6241
12382492*    +Citibank,   PO Box 6241,   Sioux Falls, SD 57117-6241
12382500*    +Dcfs Usa Llc,   Customer Service,   Po Box 8065,   Royal Oak, MI 48068-8065
12382507*    +Golf Diagnostic Imaging LP,   9680Golf Road,   Des Plaines, IL 60016-1522
12382508*    +Golf Diagnostic Imaging LP,   9680Golf Road,   Des Plaines, IL 60016-1522
12382509*    +Golf Diagnostic Imaging LP,   9680Golf Road,   Des Plaines, IL 60016-1522
12382510*    +Golf Diagnostic Imaging LP,   9680Golf Road,   Des Plaines, IL 60016-1522
12382512*    +Golf Diagnostic Imaging LP,   9680Golf Road,   Des Plaines, IL 60016-1522
12382520*    +Mercedes Benz Financial,   36455 Corporate Drive,   Farmington, MI 48331-3552
12382519*    +Mercedes Benz Financial,   Customer Service,   PO Box 8065,   Royal Oak, MI 48068-8065
12382521*    +Mercedes Benz Financial,   Customer Service,   PO Box 8065,   Royal Oak, MI 48068-8065
12382523*    +Mercedes Benz Financial,   Customer Service,   PO Box 8065,   Royal Oak, MI 48068-8065
12382524*    +Mercedes Benz Financial,   36455 Corporate Drive,   Farmington Hills, MI 48331-3552
12382476     ##+BANK OF AMERICA,   PO BOX 17054,   Wilmington, DE 19850-7054
12382514     ##+Joel A. Schechter Esq.,   53 W. Jackson Blvd.,   Ste 1025,   Chicago, IL 60604-3650
12382531     ##+Thompson Coburn Fagel Haber,   Dennis Quaid; Christina Berish,   55 E. Monroe St. Suite 4000,
               Chicago, IL 60603-5830
12824237     ##+Tygris Asset Finance, Inc. as successor in interes,   c/o Gary E. Green, Esq.,   Clark Hill PLC,
               150 N. Michigan Avenue, Suite 2400,   Chicago, IL 60601-3613
                                                                                    TOTALS: 4, * 18, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2012**                    **Signature:** *Joseph Speetjens*

```
Case 08-17167    Doc 135    Filed 10/12/12    Entered 10/14/12 23:32:59    Desc Imaged
                            Certificate of Notice    Page 8 of 8
```

```
District/off: 0752-1          User: ccabrales            Page 3 of 3              Date Rcvd: Oct 12, 2012
                              Form ID: pdf006            Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2012 at the address(es) listed below:
         Andrew J Abrams    on behalf of Other Prof.  Golf Medical Partners aabrams@boodlaw.com,
          bjabaay@boodlaw.com
         Christina M. Berish    on behalf of Creditor   MarCap LLC cberish@thompsoncoburn.com
         David R Brown    dbrown@springerbrown.com,  dbrown@ecf.epiqsystems.com;jill@springerbrown.com
         David R Brown    on behalf of Plaintiff David Brown dbrown@springerbrown.com,
          marigonzo@springerbrown.com;jill@springerbrown.com
         Dennis E. Quaid    on behalf of Creditor   MarCap LLC dquaid@tcfhlaw.com
         Francis J. Pendergast    on behalf of Creditor   Beverly Bank And Trust Company N.A.
          fpendergast@crowleylamb.com,   ibenavides@crowleylamb.com;docket@crowleylamb.com
         Fred R Harbecke    on behalf of Creditor   First Bank fredrharbecke@sbcglobal.net
         Gary E. Green    on behalf of Creditor   Tygris Asset Finance, Inc. as assignee of MarCap
          Corporation ggreen@clarkhill.com,   jfelker@clarkhill.com
         Janet  Doyle    on behalf of Creditor   People Of The State Of Illinois jdoyle@atg.state.il.us
         Joshua D Greene    on behalf of Plaintiff David Brown jgreene@springerbrown.com,
          sellis@springerbrown.com
         Kathryn A Klein    on behalf of Creditor   DCFS USA LLC iln@riezmanberger.com
         Mark J Rose    on behalf of Plaintiff  Golf Medical Partners mjroseesq@aol.com
         Michael J. Davis    on behalf of Plaintiff David Brown mdavis@springerbrown.com,
          davislaw80@gmail.com
         Michele M Springer     on behalf of Trustee David Brown mspringer@springerbrown.com,
          marigonzo@springerbrown.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Richard L Hirsh    on behalf of Debtor Parvez Shirazi richala@sbcglobal.net
         Scott A Browdy    on behalf of Other Prof. Bruce Greenspahn sbrowdy@sfllp-law.com,
          ccoleman@sfllp-law.com,hbonamer@sfllp-law.com
         Thomas V Askounis    on behalf of Creditor   Citicorp Vendor Finance, Inc.
          taskounis@askounisdarcy.com,   jburt@askounisdarcy.com
                                                                                                       TOTAL: 18