# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
PARVEZ H. SHIRAZI                         §        Case No. 08-17167
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN                  , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on          . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DAVID R. BROWN _____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| State of Illinois | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CITICORP VENDOR FINANCE, INC. | | | | | |
| 1 | FIRST BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| DAVID R. BROWN | | | | | |
| SUITE 420 701 POLYDRAS ST. NEW ORLEANS, LA 70139 | | | | | |
| SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | | | | | |
| SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | | | | | |
| SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |
| Internal Revenue Service Center Cincinnati, OH 45999-0013 | | | | | |
| 400 South County Farm Road Suite 330 Wheaton, IL 60187 | | | | | |
| 400 South County Farm Road Suite 330 Wheaton, IL 60187 | | | | | |
| 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, IL 60603 | | | | | |
| P. C. ALAN D. LASKO & ASSOCIATES | | | | | |
| 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, IL 60603 | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AmeriMark Bank 5456 South LaGrange Road La Grange, IL 60525 | | | | | |
| | Bank of America Attn: Bankruptcy NC4-105-02-99 Po Box 26012 Greensboro, NC 27410 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Beverly Bank and Trust 17500 South Oak Park Avenue Tinely Park, IL 60477 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | CIT Group/Equipment Financing Inc 505 Fifth Avenue New York, NY 10017 | | | | | |
| | Citi Attention: Bankruptcy Po Box 20507 Kansas City, MO 64915 | | | | | |
| | Citi Business P.O. Box 44180 Jacksonville, FL 32231-4180 | | | | | |
| | Citi Cards P.O. Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | Citi Cards P.O. Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | Citicorp Vendor Finance, Inc. PO 7247-0322 Philadelphia, PA 19170-0322 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens Community Bank 3322 S. Oak Park Ave Berwyn, IL 60402 | | | | | |
| | Dcfs Usa Llc Customer Service Po Box 8065 Royal Oak, MI 48068 | | | | | |
| | Dcfs Usa Llc Customer Service Po Box 8065 Royal Oak, MI 48068 | | | | | |
| | De Lage Financial Services c/o Askounis & Darcy PC 333 North Michigan Avenue #510 Chicago, IL 60601 | | | | | |
| | Manuelo Polini Edificio Llararay Calle 21-23 Avenida 7 San Jose Costa Rica | | | | | |
| | MarCap Corporation 20 North Wacker Drive Suiet 2150 Chicago, IL 60606 | | | | | |
| | Premier Diagnostic Iimaging c/o John Saldanha R.A. 8700 S. Dante Ave Chicago, IL 60619 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: AmeriMark Bank | | | | | |
| | Representing: Bank of America | | | | | |
| | Representing: Bank of America | | | | | |
| | Representing: Beverly Bank and Trust | | | | | |
| | Representing: Chase | | | | | |
| | Representing: Chase | | | | | |
| | Representing: Chase | | | | | |
| | Representing: Chase | | | | | |
| | Representing: CIT Group/Equipment Financing Inc | | | | | |
| | Representing: Citi | | | | | |
| | Representing: Citi | | | | | |
| | Representing: Citi Cards | | | | | |
| | Representing: Citi Cards | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Citi Cards | | | | | |
| | Representing: Citi Cards | | | | | |
| | Representing: Citicorp Vendor Finance, Inc. | | | | | |
| | Representing: Citizens Community Bank | | | | | |
| | Representing: Dcfs Usa Llc | | | | | |
| | Representing: Dcfs Usa Llc | | | | | |
| | Representing: Dcfs Usa Llc | | | | | |
| | Representing: Dcfs Usa Llc | | | | | |
| | Representing: MarCap Corporation | | | | | |
| | Representing: Stonegate Development Corp. | | | | | |
| | Representing: Stonegate Development Corp. | | | | | |
| | Stonegate Development Corp. 400 Northwest Corporate Centre 2500 West Higgins Road Hoffman Estates, IL 60169 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | USB Manifest 1450 Child Parkway Marshall, MN 56258 |  |  |  |  |  |
| 11 | ANDREW L UNTERLACK |  |  |  |  |  |
| 15 | BRUCE R. GREENSPAHN |  |  |  |  |  |
| 7 | CIT GROUP/EQUIPMENT FINANCING INC |  |  |  |  |  |
| 12 | CITIZENS COMMUNITY BANK OF ILLINOIS |  |  |  |  |  |
|  | CLERK, U.S. BANKRUPTCY COURT |  |  |  |  |  |
| 1A | FIRST BANK |  |  |  |  |  |
| 14 | GOLF MEDICAL PARTNERS |  |  |  |  |  |
| 3 | LEAF FINANCIAL CORPORATION, AS ASSI |  |  |  |  |  |
| 16 | STONEGATE PROPERTIES, INC. |  |  |  |  |  |
| 6 | TBF FINANCIAL LLC |  |  |  |  |  |
| 5 | TYGRIS ASSET FINANCE, INC. AS SUCCE |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | PEOPLE OF THE STATE OF ILLINOIS | | | | | |
| 9 | NA CHASE BANK USA | | | | | |
| 10 | NA CHASE BANK USA | | | | | |
| 13 | NA/BANK OF AMERI FIA CARD SERVICES | | | | | |
| 17 | COACTIV CAPITAL PARNERS, INC., ASSI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 08-17167 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|----------|----------|-----|--------|-------------------|---------------|----------------|
| Case Name: | PARVEZ H. SHIRAZI | | | | Date Filed (f) or Converted (c): | 07/02/2008 (f) |
| | | | | | 341(a) Meeting Date: | 08/05/2008 |
| For Period Ending: | 09/23/2013 | | | | Claims Bar Date: | 02/02/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Account receivable                       (u) | 7,289.00 | 7,289.00 | | 7,289.00 | FA |
| 2.  VOID                                      (u) | Unknown | 0.00 | | 0.00 | FA |
| 3.  1504 Midwest Club, Oak Brook, Illinois - | 1,925,000.00 | 497,482.00 | | 0.00 | FA |
| 4.  CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 5.  Citi - checking account no. 45334953 | 869.50 | 0.00 | | 869.50 | FA |
| 6.  Bank of America - | 1,500.00 | 0.00 | | 2,380.50 | FA |
| 7.  5 Bedroos Sets, (4) Desk, (5) Cupboard, | Unknown | 0.00 | | 0.00 | FA |
| 8.  15 Paintings, 3 Prints, 3 Waterprints, | Unknown | 0.00 | | 0.00 | FA |
| 9.  Necessary Wearing Apparel | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. 2 Omega Watches | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Prvez H. Shirai Irrevoable Insurance Trust | Unknown | 0.00 | | 0.00 | FA |
| 12. Met Life - Term Life Insurance - | Unknown | 0.00 | | 0.00 | FA |
| 13. The Midland Life Insurance Company - | Unknown | 0.00 | | 0.00 | FA |
| 14. TIAA Cred Financial Service - pension | 6,941.96 | 0.00 | | 0.00 | FA |
| 15. Thrift Savings Plan | 459,071.32 | 0.00 | | 0.00 | FA |
| 16. Federal Employee Retirement pension benefit | Unknown | 0.00 | | 0.00 | FA |
| 17. Retirement pension from Lutheran General Hosp. | Unknown | 0.00 | | 0.00 | FA |
| 18. Social security pension $2010/mon | Unknown | 0.00 | | 0.00 | FA |
| 19. Prairie Glenn Imaging Genter, LLC - 48% | Unknown | 0.00 | | 0.00 | FA |
| 20. Naperville Imaging LLC - 20% membership interest | Unknown | 0.00 | | 0.00 | FA |
| 21. Golf Imaging Service Corporation - 100% | 0.00 | 0.00 | | 0.00 | FA |
| 22. ABC Financial Corp. 100% shares | Unknown | 0.00 | | 0.00 | FA |
| 23. Golf Diagnostic Imaging Center, LP - | Unknown | 0.00 | | 0.00 | FA |
| 24. Consulting/reading fees due from Prairie Glenn and | Unknown | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 08-17167 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | PARVEZ H. SHIRAZI | | | | Date Filed (f) or Converted (c): | 07/02/2008 (f) |
| | | | | | 341(a) Meeting Date: | 08/05/2008 |
| For Period Ending: | 09/23/2013 | | | | Claims Bar Date: | 02/02/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 25.  Receiveable from Golf Diagnostic Imaging Center LP | Unknown | 0.00 | | 0.00 | FA |
| 26.  Potential 2007 tax refund | Unknown | 0.00 | | 0.00 | FA |
| 27.  Medical license | 0.00 | 0.00 | | 0.00 | FA |
| 28.  2006 Mercedes 280 SLK - leased | Unknown | 0.00 | | 0.00 | FA |
| 29.  2007 Mercedes C280; leased; in possession of | Unknown | 0.00 | | 0.00 | FA |
| 30.  Invested $120,000 with | Unknown | 0.00 | | 0.00 | FA |
| 31.  Costa Rica real property                    (u) | Unknown | Unknown | | 0.00 | FA |
| 32.  Bus                                      (u) | Unknown | Unknown | | 0.00 | FA |
| 33.  Avoidance Claims                      (u) | 0.00 | Unknown | | 77,000.00 | FA |
| 34.  VOID                                    (u) | Unknown | 0.00 | | 0.00 | FA |
| INT.  POST-PETITION INTEREST DEPOSITS          (u) | Unknown | N/A | | 47.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,404,271.78 | $504,771.00 | | $87,586.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Awaits acceptance of 2011 tax returns.

Exhibit 8

| RE PROP # | 3 | -- | Residence -- Property owned 100% by spouse living in home no SOFA |
| RE PROP # | 5 | -- | as of 6/30/08 register balance |
| RE PROP # | 6 | -- | checking account #7088919 |
| RE PROP # | 7 | -- | (2) Dressing Table, (20) Chairs, (18) Lammps, Small Table, Wall Mirror, (6) TVs, (2) VCR/DVD, (10) Rugs, (4) Sofa Set, (2) Tables, (6) End Table, (2) Center Table, Curio Cabinet, Bookshel, Love Seat, Serving Tables, Baboo Furniture Set, Table, Dining Table and chairs, China, (3) Mirrors, Dinette Table, Appliances, Dishes, Credenza with Hutch, Library Books, Fax/Copier, Recliner, Wall Table, 2 Curio Cabinets with Decorations, Exercise Equipment, Bedding, Linens, Appliances, Cookware, Kitchenware & Misdc. Personal Property |
| RE PROP # | 8 | -- | 3 Small prints, Tapestries, Hanging rugs, Copper Wall Hangins, Decorative Tea Pots, 6 Decorative Plates, Tea Cart, 6 Vases. |
| RE PROP # | 11 | -- | established 1/29/04 (Reassure America Life Insurance - Term Life Insurance - policy no. Z76636, MetLife - Term Life Insurance - policy no. 203097532 CT) NCV |
| RE PROP # | 12 | -- | policy no. 204130810 ET NCV |
| RE PROP # | 13 | -- | term life insurance policy no Z76636 NCV |
| RE PROP # | 16 | -- | ($1,800/mon) |
| RE PROP # | 17 | -- | ($839/mon) |
| RE PROP # | 19 | -- | membership interest |
| RE PROP # | 20 | -- | (not operating) |
| RE PROP # | 21 | -- | shareholder (owns 84% of Golf Diagnostic Imaging LP) |
| RE PROP # | 23 | -- | (10% Interest) (in chapter 11 08-12908) |
| RE PROP # | 24 | -- | Northwest Imaging |
| RE PROP # | 25 | -- | -- chapter 11 debtor -- book value $200,000 |
| RE PROP # | 29 | -- | Ghazala Chodri, Plainfield, IL; leased vehicle |
| RE PROP # | 30 | -- | Pol Mont de Especialidades -- either loan or capital investment address c/o Pol Mont, Manuel Polini, D.A.E. San Jose Costa Rica |
| RE PROP # | 31 | -- | Trustee is investigating asset value |
| RE PROP # | 32 | -- | Trustee is investigating asset value |

Initial Projected Date of Final Report (TFR): 09/30/2009        Current Projected Date of Final Report (TFR): 04/30/2012

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: 08-17167 | Trustee Name: DAVID R. BROWN |
| Case Name: PARVEZ H. SHIRAZI | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX1127 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX3174 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/23/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/02/09 | | Transfer from Acct # XXXXXX4281 | Bank Funds Transfer | 9999-000 | $10,543.69 | | $10,543.69 |
| 02/05/09 | | Transfer to Acct # XXXXXX1184 | TRANSFER TO WRITE CHECKS | 9999-000 | | $13.00 | $10,530.69 |
| 02/27/09 | INT | Union Bank of California | Interest Rate 0.150 | 1270-000 | $1.12 | | $10,531.81 |
| 03/31/09 | INT | Union Bank of California | Interest Rate 0.150 | 1270-000 | $1.38 | | $10,533.19 |
| 04/30/09 | INT | Union Bank of California | Interest Rate 0.150 | 1270-000 | $1.29 | | $10,534.48 |
| 05/29/09 | INT | Union Bank of California | Interest Rate 0.150 | 1270-000 | $1.25 | | $10,535.73 |
| 06/30/09 | INT | Union Bank of California | Interest Rate 0.150 | 1270-000 | $1.38 | | $10,537.11 |
| 07/31/09 | INT | Union Bank of California | Interest Rate 0.150 | 1270-000 | $1.33 | | $10,538.44 |
| 08/31/09 | INT | Union Bank of California | Interest Rate 0.150 | 1270-000 | $1.33 | | $10,539.77 |
| 09/30/09 | INT | Union Bank | Interest Rate 0.150 | 1270-000 | $1.29 | | $10,541.06 |
| 10/30/09 | INT | Union Bank | Interest Rate 0.150 | 1270-000 | $1.29 | | $10,542.35 |
| 11/30/09 | INT | Union Bank | Interest Rate 0.150 | 1270-000 | $1.33 | | $10,543.68 |
| 12/31/09 | INT | Union Bank | Interest Rate 0.150 | 1270-000 | $1.33 | | $10,545.01 |
| 01/29/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | $0.86 | | $10,545.87 |
| 02/10/10 | | Transfer to Acct # XXXXXX1184 | TRANSFER TO WRITE CHECKS | 9999-000 | | $8.00 | $10,537.87 |
| 02/26/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | $0.78 | | $10,538.65 |
| 03/31/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | $0.92 | | $10,539.57 |

| | | |
|---|---|---|
| Page Subtotals: | $10,560.57 | $21.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| Case No: 08-17167 | | | Trustee Name: DAVID R. BROWN | | | |
| Case Name: PARVEZ H. SHIRAZI | | | Bank Name: Union Bank | | | |
| | | | Account Number/CD#: XXXXXX1127 | | | |
| | | | Money Market Account | | | |
| Taxpayer ID No: XX-XXX3174 | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 09/23/2013 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | $0.84 | | $10,540.41 |
| 05/28/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | $0.78 | | $10,541.19 |
| 06/30/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | $0.92 | | $10,542.11 |
| 07/30/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | $0.84 | | $10,542.95 |
| 08/25/10 | 33 | SHIRAZI, YASMIN | | 1141-000 | $77,000.00 | | $87,542.95 |
| 08/31/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | $1.95 | | $87,544.90 |
| 09/30/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | $7.17 | | $87,552.07 |
| 10/29/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | $6.86 | | $87,558.93 |
| 10/29/10 | | Transfer to Acct # XXXXXX1184 | TRANSFER TO WRITE CHECKS | 9999-000 | | $27,231.75 | $60,327.18 |
| 11/30/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | $2.79 | | $60,329.97 |
| 12/31/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | $2.54 | | $60,332.51 |
| 01/31/11 | INT | Union Bank | Interest Rate  0.000 | 1270-000 | $0.74 | | $60,333.25 |
| 02/09/11 | | Transfer to Acct # XXXXXX1184 | TRANSFER TO WRITE CHECKS | 9999-000 | | $61.00 | $60,272.25 |
| 04/01/11 | | Transfer to Acct # XXXXXX1184 | TRANSFER TO WRITE CHECKS | 9999-000 | | $5,427.64 | $54,844.61 |
| 06/27/11 | | Transfer to Acct # XXXXXX1184 | TRANSFER TO WRITE CHECKS | 9999-000 | | $18,921.00 | $35,923.61 |
| 10/19/11 | | UNION BANK | bank charges | 2600-000 | | $86.04 | $35,837.57 |
| 11/10/11 | | UNION BANK | BANK SERVICE CHARGES | 2600-000 | | $86.04 | $35,751.53 |

| | | | Page Subtotals: | | $77,025.43 | $51,813.47 | |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 08-17167 | Trustee Name: DAVID R. BROWN | |
| Case Name: PARVEZ H. SHIRAZI | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX1127 | |
| | Money Market Account | |
| Taxpayer ID No: XX-XXX3174 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 09/23/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/20/11 | | UNION BANK | Bank Charges | 2600-000 | | $86.04 | $35,665.49 |
| 01/17/12 | | UNION BANK | Bank Charges | 2600-000 | | $86.04 | $35,579.45 |
| 01/25/12 | | UNION BANK | Bank Charges | 2600-000 | | $86.04 | $35,493.41 |
| 02/03/12 | | Transfer to Acct # XXXXXX3481 | Bank Funds Transfer | 9999-000 | | $35,493.41 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | $87,586.00 | $87,586.00 | |
| Less: Bank Transfers/CD's | $10,543.69 | $87,155.80 | |
| Subtotal | $77,042.31 | $430.20 | |
| Less: Payments to Debtors | $0.00 | $0.00 | |
| Net | $77,042.31 | $430.20 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 08-17167 | Trustee Name: DAVID R. BROWN | Exhibit 9 |
| Case Name: PARVEZ H. SHIRAZI | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX1184 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX3174 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 09/23/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/09 | | Transfer from Acct # XXXXXX1127 | TRANSFER TO WRITE CHECKS | | 9999-000 | $13.00 | | $13.00 |
| 02/05/09 | 101 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POLYDRAS ST.NEW ORLEANS, LA 70139 | Bond No. 016026455 | | 2300-000 | | $13.00 | $0.00 |
| 02/10/10 | | Transfer from Acct # XXXXXX1127 | TRANSFER TO WRITE CHECKS | | 9999-000 | $8.00 | | $8.00 |
| 02/10/10 | 102 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS ST.NEW ORLEANS, LA 70139 | BOND PREMIUM | | 2300-000 | | $8.00 | $0.00 |
| 10/29/10 | | Transfer from Acct # XXXXXX1127 | TRANSFER TO WRITE CHECKS | | 9999-000 | $27,231.75 | | $27,231.75 |
| 10/29/10 | 103 | BROWN, DAVID R. 400 South County Farm RoadSuite 330Wheaton, IL 60187 | Final Attorney Fees | | | | $27,231.75 | $0.00 |
| | | 400 South County Farm RoadSuite 330Wheaton, IL 60187 | Final Attorney Fees | ($26,905.30) | 3110-000 | | | |
| | | 400 South County Farm RoadSuite 330Wheaton, IL 60187 | Final Attorney Fees | ($326.45) | 3120-000 | | | |
| 02/09/11 | | Transfer from Acct # XXXXXX1127 | TRANSFER TO WRITE CHECKS | | 9999-000 | $61.00 | | $61.00 |
| 02/09/11 | 104 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS ST.NEW ORLEANS, LA 70139 | Bond 016026455 | | 2300-000 | | $61.00 | $0.00 |
| 04/01/11 | | Transfer from Acct # XXXXXX1127 | TRANSFER TO WRITE CHECKS | | 9999-000 | $5,427.64 | | $5,427.64 |
| 04/01/11 | 105 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREETSUITE 1240CHICAGO, IL 60603 | Compensation -Expense Reimbursement | | | | $5,427.64 | $0.00 |
| | | 29 SOUTH LASALLE STREETSUITE 1240CHICAGO, IL 60603 | Compensation -Expense Reimbursement | ($5,426.60) | 3410-000 | | | |
| | | 29 SOUTH LASALLE STREETSUITE 1240CHICAGO, IL 60603 | Compensation -Expense Reimbursement | ($1.04) | 3420-000 | | | |
| 06/27/11 | | Transfer from Acct # XXXXXX1127 | TRANSFER TO WRITE CHECKS | | 9999-000 | $18,921.00 | | $18,921.00 |

| | | | | Page Subtotals: | $51,662.39 | $32,741.39 |
|---|---|---|---|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 08-17167
Case Name: PARVEZ H. SHIRAZI

Trustee Name: DAVID R. BROWN
Bank Name: Union Bank
Account Number/CD#: XXXXXX1184
Checking Account

Taxpayer ID No: XX-XXX3174
For Period Ending: 09/23/2013

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/27/11 | 106 | TREASURY, UNITED STATES Internal Revenue Service CenterCincinnati, OH 45999-0013 | 2008 Form 1041 FEIN: 75-6843174 | 2810-000 | | $18,921.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $51,662.39 | $51,662.39 |
| Less: Bank Transfers/CD's | $51,662.39 | $0.00 |
| Subtotal | $0.00 | $51,662.39 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $51,662.39 |

Page Subtotals: $0.00   $18,921.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 08-17167 | Trustee Name: DAVID R. BROWN |
| Case Name: PARVEZ H. SHIRAZI | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX4281 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX3174 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/23/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/18/08 | 1 | HORIZON MEDICAL CENTER, LTD. 1301 N. Plum Grove RoadSchaumburg, IL 60173 | | | | 1121-000 | $1,200.00 | | $1,200.00 |
| 07/18/08 | 1 | Affinity Healthcare LLC 1051 W. Rand RoadArlington Heights, IL 60004 | | | | 1121-000 | $6,089.00 | | $7,289.00 |
| 07/31/08 | INT | Bank of America | Interest Rate 0.150 | | | 1270-000 | $0.27 | | $7,289.27 |
| 08/29/08 | INT | Bank of America | Interest Rate  0.150 | | | 1270-000 | $0.92 | | $7,290.19 |
| 09/19/08 | | SHIRAZI, PARVEZ 1504 Midwest ClubOakbrook, IL 60523 | | | | | $3,250.00 | | $10,540.19 |
| | | | Gross Receipts | | $3,250.00 | | | | |
| | 5 | | Citi - checking account no. 45334953 | | $869.50 | 1129-000 | | | |
| | 6 | | Bank of America - | | $2,380.50 | 1129-000 | | | |
| 09/30/08 | INT | Bank of America | Interest Rate  0.150 | | | 1270-000 | $0.99 | | $10,541.18 |
| 10/31/08 | INT | Bank of America | Interest Rate  0.100 | | | 1270-000 | $1.02 | | $10,542.20 |
| 11/28/08 | INT | Bank of America | Interest Rate  0.100 | | | 1270-000 | $0.86 | | $10,543.06 |
| 12/31/08 | INT | Bank of America | Interest Rate  0.010 | | | 1270-000 | $0.54 | | $10,543.60 |
| 01/30/09 | INT | Bank of America | Interest Rate  0.010 | | | 1270-000 | $0.09 | | $10,543.69 |
| 02/02/09 | | Transfer to Acct # XXXXXX1127 | Bank Funds Transfer | | | 9999-000 | | $10,543.69 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $10,543.69 | $10,543.69 |
| Less: Bank Transfers/CD's | $0.00 | $10,543.69 |
| Subtotal | $10,543.69 | $0.00 |
| Page Subtotals: | $10,543.69 | $10,543.69 |

UST Form 101-7-TDR (5/1/2011) (Page: 21)

Case 08-17167   Doc 146   Filed 09/23/13   Entered 09/23/13 14:01:00   Desc Main
                Document      Page 22 of 29

Less: Payments to Debtors          $0.00          $0.00

Net                          $10,543.69          $0.00

Exhibit 9

Page Subtotals:                        $0.00          $0.00

Case 08-17167   Doc 146   Filed 09/23/13   Entered 09/23/13 14:01:00   Desc Main
Document   Page 23 of 29

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 08-17167 | Trustee Name: DAVID R. BROWN |
| Case Name: PARVEZ H. SHIRAZI | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX3481 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3174 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/23/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/12 | | Transfer from Acct # XXXXXX1127 | Bank Funds Transfer | 9999-000 | $35,493.41 | | $35,493.41 |
| 02/10/12 | 1001 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS ST.NEW ORLEANS, LA 70139 | Bond # 016026455 | 2300-000 | | $30.00 | $35,463.41 |
| 11/29/12 | 1017 | Reverses Check # 1017 | de minimis distribution | 7100-003 | | ($4.26) | $35,467.67 |
| 11/29/12 | 1018 | Reverses Check # 1018 | de minimis distribution | 7100-003 | | ($2.15) | $35,469.82 |
| 11/29/12 | 1002 | DAVID R. BROWN 400 SOUTH COUNTY FARM ROADSUITE 330WHEATON, IL  60187 | Chapter 7 Compensation/Expense | 2100-000 | | $7,629.30 | $27,840.52 |
| 11/29/12 | 1003 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREETSUITE 1240CHICAGO, IL 60603 | Accountant for Trustee Fees (Other | | | $4,683.35 | $23,157.17 |
| | | P. C. ALAN D. LASKO & ASSOCIATES | Accountant for Trustee Fees                  ($4,585.50) (Other | 3410-000 | | | |
| | | P. C. ALAN D. LASKO & ASSOCIATES | Accountant for Trustee Fees                       ($97.85) (Other | 3420-000 | | | |
| 11/29/12 | 1004 | CITIZENS COMMUNITY BANK OF ILLINOIS  c/o James A Haiser Esq Martin & Karcazes Ltd Suite 550 Chicago, IL 60601 | Claim 12, Payment 0.02866% | 7100-000 | | $111.45 | $23,045.72 |
| 11/29/12 | 1005 | GOLF MEDICAL PARTNERS  c/o Andrew J Abrams Sugar & Felsenthal LLP 30 N LaSalle Street Suite 3000 Chicago, IL 60602 | Claim 14, Payment 0.02865% | 7100-000 | | $265.89 | $22,779.83 |
| 11/29/12 | 1006 | BRUCE R. GREENSPAHN  Andrew J Abrams Sugar & Felsenthal LLP 30 N Lasalle Street Ste 3000 Chicago, IL 60602 | Claim 15, Payment 0.02866% | 7100-000 | | $132.95 | $22,646.88 |

| | | | Page Subtotals: | | $35,493.41 | $12,846.53 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 08-17167 | Trustee Name: DAVID R. BROWN |
| Case Name: PARVEZ H. SHIRAZI | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX3481 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3174 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/23/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/29/12 | 1007 | STONEGATE PROPERTIES, INC.<br><br>c/o Donald Newman<br>11 S Lasalle St Suite 1500<br>Chicago, IL 60603 | Claim 16, Payment 0.02866% | 7100-000 | | $32.14 | $22,614.74 |
| 11/29/12 | 1008 | FIRST BANK<br><br>c/o Fred harbecke, Esq. Ste 945<br>29 South laSalle St<br>Chicago, IL 60603 | Claim 1A, Payment 0.02865% | 7100-000 | | $282.71 | $22,332.03 |
| 11/29/12 | 1009 | LEAF FINANCIAL CORPORATION, AS ASSI<br><br>Thomas V Askounis Esq<br>c/o Askounis & Darcy PC<br>333 N Michigan Avenue Suite 510<br>Chicago, IL 60601 | Claim 3, Payment 0.02865% | 7100-000 | | $19.64 | $22,312.39 |
| 11/29/12 | 1010 | PEOPLE OF THE STATE OF ILLINOIS<br><br>Office of the Illinois Attorney General<br>Janet Doyle, Assistant Attorney General<br>100 W. Randolph, 11th Floor<br>Chicago, IL 60601 | Claim 4, Payment 0.02866% | 7100-003 | | $11,462.01 | $10,850.38 |
| 11/29/12 | 1011 | TYGRIS ASSET FINANCE, INC. AS SUCCE<br><br>c/o Gary E. Green, Esq.<br>Clark Hill PLC<br>150 N. Michigan Avenue, Suite 2400<br>Chicago, IL 60601 | Claim 5, Payment 0.02866% | 7100-000 | | $245.34 | $10,605.04 |
| 11/29/12 | 1012 | CIT GROUP/EQUIPMENT FINANCING INC<br><br>Pia N Thompson Reed Smith LLP<br>10 South Wacker Drive<br>Chicago, IL 60606 | Claim 7, Payment 0.02865% | 7100-000 | | $28.05 | $10,576.99 |
| 11/29/12 | 1013 | CHASE BANK USA, NA<br><br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 10, Payment 0.02866% | 7100-900 | | $9.19 | $10,567.80 |

| | | | Page Subtotals: | | $0.00 | $12,079.08 | |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (5/1/2011) *(Page: 24)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-17167

Case Name: PARVEZ H. SHIRAZI

Taxpayer ID No: XX-XXX3174

For Period Ending: 09/23/2013

Trustee Name: DAVID R. BROWN

Bank Name: Congressional Bank

Account Number/CD#: XXXXXX3481

Checking Account

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

**Exhibit 9**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/29/12 | 1014 | FIA CARD SERVICES, NA/BANK OF AMERI<br><br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 13, Payment 0.02864% | 7100-900 | | $5.87 | $10,561.93 |
| 11/29/12 | 1015 | CHASE BANK USA, NA<br><br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 9, Payment 0.02865% | 7100-900 | | $5.42 | $10,556.51 |
| 11/29/12 | 1016 | FIRST BANK<br><br>c/o Fred harbecke, Esq. Ste 945<br>29 South laSalle St<br>Chicago, IL 60603 | Claim 1, Payment 100.00000% | 4220-000 | | $10,543.69 | $12.82 |
| 11/29/12 | 1017 | ANDREW L UNTERLACK<br><br>c/o Scott H Marcus & Associates<br>121 Johnson Road<br>Turnerville, NJ 08012 | de minimis distribution | 7100-003 | | $4.26 | $8.56 |
| 11/29/12 | 1018 | TBF FINANCIAL LLC<br><br>520 Lake Cook Road Ste 510<br>Deerfield, IL 60015 | de minimis distribution | 7100-003 | | $2.15 | $6.41 |
| 11/29/12 | 1019 | CLERK, U.S. BANKRUPTCY COURT<br>7th Floor, Federal Building219 South Dearborn StreetChicago, IL 60604 | de minimis distribution<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #  CLAIM #  DIVIDEND<br>================================<br>  6  6          2.15<br>  11  11          4.26 | | | $6.41 | $0.00 |
| | | TBF FINANCIAL LLC | ($2.15) | 7100-000 | | | |
| | | UNTERLACK, ANDREW L | ($4.26) | 7100-000 | | | |

Page Subtotals:                    $0.00          $10,567.80

Case 08-17167  Doc 146  Filed 09/23/13  Entered 09/23/13 14:01:00  Desc Main
Document  Page 26 of 29

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-17167 | | | Trustee Name: | DAVID R. BROWN |
| Case Name: | PARVEZ H. SHIRAZI | | | Bank Name: | Congressional Bank |
| | | | | Account Number/CD#: | XXXXXX3481 |
| | | | | | Checking Account |
| Taxpayer ID No: | XX-XXX3174 | | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/23/2013 | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/25/13 | 1010 | PEOPLE OF THE STATE OF ILLINOIS<br><br>Office of the Illinois Attorney General<br>Janet Doyle, Assistant Attorney General<br>100 W. Randolph, 11th Floor<br>Chicago, IL 60601 | Claim 4, Payment 0.02866%<br>Reversal<br>Creditor returned check  and stated no amounts owed anymore. | 7100-003 | | ($11,462.01) | $11,462.01 |
| 02/25/13 | | State of Illinois | reverse voided check<br>State claims no amounts are owed and returned check | 1180-000 | $11,462.01 | | $22,924.02 |
| 02/26/13 | | State of Illinois | adjustment entry<br>correct duplicate credit entry upon state's failure to accept distribution check | 8500-002 | | $11,462.03 | $11,461.99 |
| 03/05/13 | | state of illinois | | 1290-000 | $0.02 | | $11,462.01 |
| 03/05/13 | 1020 | NA CHASE BANK USA<br>PO BOX 15145<br>WILMINGTON, DE  19850-5145 | Distribution | | | $146.23 | $11,315.78 |
| | | NA CHASE BANK USA | Final distribution to claim 10 representing a payment of 0.32 % per court order. | ($91.98) | 7100-900 | | |
| | | NA CHASE BANK USA | Final distribution to claim 9 representing a payment of 0.32 % per court order. | ($54.25) | 7100-900 | | |
| 03/05/13 | 1021 | ANDREW L UNTERLACK<br>c/o Scott H Marcus & Associates<br>121 Johnson Road<br>Turnerville, NJ  08012 | Final distribution to claim 11 representing a payment of 0.32 % per court order. | 7100-000 | | $42.69 | $11,273.09 |
| 03/05/13 | 1022 | CITIZENS COMMUNITY BANK OF ILLINOIS<br>c/o James A Haiser Esq<br>Martin & Karcazes Ltd Suite 550<br>Chicago, IL  60601 | Final distribution to claim 12 representing a payment of 0.32 % per court order. | 7100-000 | | $1,115.58 | $10,157.51 |
| 03/05/13 | 1023 | NA/BANK OF AMERI FIA CARD SERVICES<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | Final distribution to claim 13 representing a payment of 0.32 % per court order. | 7100-900 | | $58.80 | $10,098.71 |

| | | | Page Subtotals: | | $11,462.03 | $1,363.32 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 26)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 08-17167 | Trustee Name: DAVID R. BROWN |
| Case Name: PARVEZ H. SHIRAZI | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX3481 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3174 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/23/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/05/13 | 1024 | GOLF MEDICAL PARTNERS c/o Andrew J Abrams Sugar & Felsenthal LLP 30 N LaSalle Street Suite 3000 Chicago, IL 60602 | Final distribution to claim 14 representing a payment of 0.32 % per court order. | 7100-000 | | $2,661.55 | $7,437.16 |
| 03/05/13 | 1025 | BRUCE R. GREENSPAHN Andrew J Abrams Sugar & Felsenthal LLP 30 N Lasalle Street Ste 3000 Chicago, IL 60602 | Final distribution to claim 15 representing a payment of 0.32 % per court order. | 7100-000 | | $1,330.77 | $6,106.39 |
| 03/05/13 | 1026 | STONEGATE PROPERTIES, INC. c/o Donald Newman 11 S Lasalle St Suite 1500 Chicago, IL 60603 | Final distribution to claim 16 representing a payment of 0.32 % per court order. | 7100-000 | | $321.67 | $5,784.72 |
| 03/05/13 | 1027 | FIRST BANK c/o Fred harbecke, Esq. Ste 945 29 South laSalle St Chicago, IL 60603 | Final distribution to claim 1 representing a payment of 0.32 % per court order. | 7100-000 | | $2,829.92 | $2,954.80 |
| 03/05/13 | 1028 | LEAF FINANCIAL CORPORATION, AS ASSI Thomas V Askounis Esq c/o Askounis & Darcy PC 333 N Michigan Avenue Suite 510 Chicago, IL 60601 | Final distribution to claim 3 representing a payment of 0.32 % per court order. | 7100-000 | | $196.63 | $2,758.17 |
| 03/05/13 | 1029 | TYGRIS ASSET FINANCE, INC. AS SUCCE c/o Gary E. Green, Esq. Clark Hill PLC 150 N. Michigan Avenue, Suite 2400 Chicago, IL 60601 | Final distribution to claim 5 representing a payment of 0.32 % per court order. | 7100-000 | | $2,455.84 | $302.33 |
| 03/05/13 | 1030 | TBF FINANCIAL LLC 520 Lake Cook Road Ste 510 Deerfield, IL 60015 | Final distribution to claim 6 representing a payment of 0.32 % per court order. | 7100-003 | | $21.50 | $280.83 |
| 03/05/13 | 1031 | CIT GROUP/EQUIPMENT FINANCING INC Pia N Thompson Reed Smith LLP 10 South Wacker Drive Chicago, IL 60606 | Final distribution to claim 7 representing a payment of 0.32 % per court order. | 7100-000 | | $280.83 | $0.00 |

| | | | |
|---|---|---|---|
| Page Subtotals: | | $0.00 | $10,098.71 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 08-17167 | Trustee Name: DAVID R. BROWN |
|---|---|
| Case Name: PARVEZ H. SHIRAZI | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX3481 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3174 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/23/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/13 | 1030 | TBF FINANCIAL LLC 520 Lake Cook Road Ste 510 Deerfield, IL 60015 | Final distribution to claim 6 representing a payment of 0.32 % per court order. Reversal returned check-undeliverable | 7100-003 | | ($21.50) | $21.50 |
| 05/01/13 | 1032 | CLERK, U.S. BANKRUPTCY COURT Attn: Fiscal Dept. 219 South Dearborn Street 7th Floor Chicago, IL 60604 | Deposit unclaimed distribution | 7100-000 | | $21.50 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $46,955.44 | $46,955.44 |
| Less: Bank Transfers/CD's | $35,493.41 | $0.00 |
| Subtotal | $11,462.03 | $46,955.44 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,462.03 | $46,955.44 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1127 - Money Market Account | $77,042.31 | $430.20 | $0.00 |
| XXXXXX1184 - Checking Account | $0.00 | $51,662.39 | $0.00 |
| XXXXXX3481 - Checking Account | $11,462.03 | $46,955.44 | $0.00 |
| XXXXXX4281 - Money Market Account | $10,543.69 | $0.00 | $0.00 |
| | $99,048.03 | $99,048.03 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $99,048.03 |
| Total Gross Receipts: | $99,048.03 |

Page Subtotals:                    $0.00          $0.00